# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

HENRIETA ONDREJKOVA,

    Plaintiff,

v.

HPHL, LLC, a Florida limited liability company,
PIERRE HECKER, individually, and
HADRIEN LEVY, individually,

    Defendants.

_____/

## **DEFENDANTS' NOTICE OF REMOVAL OF ACTION**

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA:

Defendants HPHL, LLC, Pierre Hecker, and Hadrien Levy (collectively "Defendants") by and through undersigned counsel, hereby give notice of removal of an action pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, styled *Henrieta Ondrejkova v. HPHL, LLC, et. al, Case No: 2016- 031263-CA-01* to the United States District Court for the Southern District of Florida, being the district and division within which that action is presently pending. As grounds for removal, Defendants state as follows:

1. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1331, 1367 and 1446.

2. Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit "A" are copies of   the

1

Complaint and all state court process, pleadings, and orders served upon Defendants in the state court civil action.

3. Plaintiffs served the Complaint on Defendants on or about February 18, 2017. In accordance with 28 U.S.C. 1446(b), this Notice of Removal is filed within thirty (30) days after receipt by Defendants of a copy of Plaintiff's Complaint.

4. Pursuant to 28 U.S.C. § 1441, "[e]xcept as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." Furthermore, 28 U.S.C. §1331 provides that the "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treatises of the United States."

5. The Complaint exclusively alleges claims of retaliation under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et. seq.* ("FLSA")—a law of the United States. Therefore, 28 U.S.C. § 1441 is satisfied.

6. Copies of this Notice of Removal and a separate state court Notice of Removal have been filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit and served on Plaintiff's counsel.

**WHEREFORE**, Defendants HPHL, LLC, Pierre Hecker, and Hadrien Levy give notice that the above-styled case now pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida is removed to this Court.

Respectfully submitted,

By: */s/ J. Freddy Perera*
J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pereralaw.com
**PERERA LAW GROUP, P.A.**

13903 NW 67th Ave, Suite 330
Miami Lakes, Florida 33014
Telephone: 786-485-5232

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on this 10th day of March, 2017, on all counsel or parties of record on the Service List below.

s/ Jorge Freddy Perera
Jorge Freddy Perera

**SERVICE LIST**

Christopher Whitelock, Esq.
Florida Bar Number: 067539
Email: cjw@whitelocklegal.com
Whitelock & Associates, P.A.
300 SE 13th Street
Ft. Lauderdale, Florida 33316
Tel: 954-463-2001
Fax: 954-463-0410

*Attorney for Plaintiff*